# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: § | |
| § | |
| John R Maldonado § | Case No. 15-30573 |
| Joyce M Maldonado § | |
| § | |
| Debtors § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee           , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 4,800.00 *(Without deducting any secured claims)* | Assets Exempt: 11,200.00 |
| Total Distributions to Claimants: 9,490.31 | Claims Discharged Without Payment: 76,875.07 |
| Total Expenses of Administration: 2,509.69 | |

3) Total gross receipts of $ 12,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 12,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 15,525.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,509.69 | 2,509.69 | 2,509.69 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 13,116.29 | 4,106.02 | 4,106.02 | 4,106.02 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 38,833.06 | 14,785.01 | 14,785.01 | 5,384.29 |
| **TOTAL DISBURSEMENTS** | $ 67,474.35 | $ 21,400.72 | $ 21,400.72 | $ 12,000.00 |

4) This case was originally filed under chapter 7 on 09/07/2015 . The case was pending for 42 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/12/2019             By: /s/Joji Takada, Chapter 7 Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Location: 64 Blackhawk Springs Drive, Plano Il 60545 | 1110-000 | 12,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 12,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Santander PO Box 10525 Atlanta, GA 30348-5255 | | 15,525.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 15,525.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 1,950.00 | 1,950.00 | 1,950.00 |
| Joji Takada | 2200-000 | NA | 21.13 | 21.13 | 21.13 |
| Associated Bank | 2600-000 | NA | 338.56 | 338.56 | 338.56 |
| Laura Edward | 3711-000 | NA | 200.00 | 200.00 | 200.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 2,509.69 | $ 2,509.69 | $ 2,509.69 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS PO Box 970024 Saint Louis, MO 63197 | | 2,412.93 | NA | NA | 0.00 |
| | IRS PO Box 970024 Saint Louis, MO 63197 | | 3,650.91 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State of Illinois Dept. of Revenue 440 Airport Road Suite C Elgin, IL 60123 | | 2,833.49 | NA | NA | 0.00 |
| | State of Illinois Dept. of Revenue 440 Airport Road Suite C Elgin, IL 60123 | | 4,218.96 | NA | NA | 0.00 |
| 3 | Irs | 5800-000 | NA | 4,106.02 | 4,106.02 | 4,106.02 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 13,116.29 | $ 4,106.02 | $ 4,106.02 | $ 4,106.02 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Medical Collection Agency PO Box 1235 Elmsford, NY 10523-0935 | | 234.45 | NA | NA | 0.00 |
| | Asset Acceptance Attn: Bankrupcy Dept PO Box 2036 Warren, MI 48090 | | 2,053.00 | NA | NA | 0.00 |
| | Asset Acceptance PO Box 2036 Warren, MI 48090 | | 1,459.17 | NA | NA | 0.00 |
| | CBE Group 1309 Technology Pkwy Cedar Falls, IA 50613 | | 95.49 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Client Services, Inc. 3451 Harry S. Truman Blvd Saint Charles, MO 63301-4047 | | 715.14 | NA | NA | 0.00 |
| | Credit One Bank Po Box 98873 Las Vegas, NV 89193 | | 633.00 | NA | NA | 0.00 |
| | Discover Financial Services Llc PO Box 15316 Wilmington, DE 19850 | | 6,823.00 | NA | NA | 0.00 |
| | Enterprise Recovery Systems 2000 York Road Suite 114 Oak Brook, IL 60523 | | 1,138.40 | NA | NA | 0.00 |
| | Fifth Third Bank 5050 Kingsley Dr Cincinnati, OH 45227 | | 2,863.00 | NA | NA | 0.00 |
| | JC Christensen adn Associates PO Box 519 Sauk Rapids, MN 56379 | | 273.67 | NA | NA | 0.00 |
| | Lakewood Springs Homeowners Assn. C/O Foster Premier Inc. PO Box 661126 Chicago, IL 60666-1126 | | 240.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | 131.00 | NA | NA | 0.00 |
| | Merchants Credit Guide Co Executive Offices 223 W. Jackson Blvd, #700 Chicago, IL 60606 | | 482.22 | NA | NA | 0.00 |
| | MiraMed Revenue Group Dept 77304 PO Box 77000 Detroit, MI 48277-0308 | | 935.47 | NA | NA | 0.00 |
| | MiraMed Revenue Group Dept 77304 PO Box 77000 Detroit, MI 48277-0308 | | 705.63 | NA | NA | 0.00 |
| | Nationwide Credit & Co 815 Commerce Dr Ste 270 Oak Brook, IL 60523 | | 104.00 | NA | NA | 0.00 |
| | Nationwide Credit & Collection c/o Evergreen Bank Group PO Box 3219 Oak Brook, IL 60522-3219 | | 148.20 | NA | NA | 0.00 |
| | Nationwide Credit & Collection c/o Evergreen Bank Group PO Box 3219 Oak Brook, IL 60522-3219 | | 787.63 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nationwide Credit & Collection c/o Evergreen Bank Group PO Box 3219 Oak Brook, IL 60522-3219 | | 172.54 | NA | NA | 0.00 |
| | Nationwide Creidt & Collection c/o Evergreen Bank Group PO Box 3219 Oak Brook, IL 60522-3219 | | 4,675.54 | NA | NA | 0.00 |
| | Nationwide Creidt & Collection c/o Evergreen Bank Group PO Box 3219 Oak Brook, IL 60522-3219 | | 356.24 | NA | NA | 0.00 |
| | Portfolio Recovery Ass 120 Corporate Blvd Ste 1 Norfolk, VA 23502 | | 4,557.00 | NA | NA | 0.00 |
| | Portfolio Recovery Associates LLC PO Box 12914 Norfolk, VA 23541 | | 1,964.27 | NA | NA | 0.00 |
| | Ted Kolar 235A Rollin Road Somonauk, IL 60552 | | 6,000.00 | NA | NA | 0.00 |
| | Verizon 500 Technology Dr Ste 550 Weldon Spring, MO 63304 | | 1,285.00 | NA | NA | 0.00 |
| 4 | Capital One, N.A. | 7100-000 | NA | 273.67 | 273.67 | 115.56 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | NA | 6,823.49 | 6,823.49 | 2,881.22 |
| 2 | Midland Credit Management Inc As Agent For | 7100-000 | NA | 2,053.49 | 2,053.49 | 867.09 |
| 5 | Oak Harbor Capital Iii, Llc | 7100-000 | NA | 3,600.77 | 3,600.77 | 1,520.42 |
|  | Irs | 7300-000 | NA | 2,033.59 | 2,033.59 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 38,833.06 | $ 14,785.01 | $ 14,785.01 | $ 5,384.29 |

Case 15-30573   Doc 40   Filed 04/08/19   Entered 04/08/19 10:07:29   Desc Main
Document      Page 10 of 16

Page: 1
**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-30573 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | John R Maldonado | | | | Date Filed (f) or Converted (c): | 09/07/2015 (f) |
| | Joyce M Maldonado | | | | 341(a) Meeting Date: | 09/30/2015 |
| For Period Ending: | 02/12/2019 | | | | Claims Bar Date: | 04/01/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 64 Blackhawk Springs Drive, Plano Il 60545 | 25,000.00 | 0.00 | | 12,000.00 | FA |
| 2. Joint Checking Location: Bmo Harris | 800.00 | 0.00 | | 0.00 | FA |
| 3. Joint Checking Location: Heartland Bank | 100.00 | 0.00 | | 0.00 | FA |
| 4. Bedroom Furniture, Living Room Furniture, Dining Room Table, | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Clothing For Adult Male And Female Location: 64 Blackhawk Sp | 350.00 | 0.00 | | 0.00 | FA |
| 6. Wedding Rings Location: 64 Blackhawk Springs Drive, Plano Il | 200.00 | 0.00 | | 0.00 | FA |
| 7. Pump Organ Location: 64 Blackhawk Springs Drive, Plano Il 60 | 200.00 | 0.00 | | 0.00 | FA |
| 8. 2012 Chevy Malibu Location: 64 Blackhawk Springs Drive, Plan | 10,000.00 | 0.00 | | 0.00 | FA |
| 9. 1998 Ford Expedition Location: 64 Blackhawk Springs Drive, P | 750.00 | 0.00 | | 0.00 | FA |
| 10. 2000 Chevy Silverado Location: 64 Blackhawk Springs Drive, P | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. 1989 Harley Flt Location: 64 Blackhawk Springs Drive, Plano | 1,100.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $41,000.00          $0.00          $12,000.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 8

Compromise interest in primary residence with Debtor; Preparing motion to approve settlement. - Joji Takada 12/22/2015

Debtor making installment payments pursuant to settlement. - Joji Takada 6/27/2016

Debtor making installment payments pursuant to settlement. - Joji Takada 9/2/2016

Debtor making installment payments pursuant to settlement. - Joji Takada 12/20/2016

Debtor making installment payments pursuant to settlement. - Joji Takada 2/22/2017

Consulting with tax professional. - Joji Takada 6/13/2017

Consulting with tax professional. - Joji Takada 10/23/2017

Preparing TFR. - Joji Takada 12/20/2017

TFR with UST review. - Joji Takada 3/19/2018



Initial Projected Date of Final Report (TFR): 09/07/2017        Current Projected Date of Final Report (TFR): 06/07/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-30573 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: John R Maldonado | Bank Name: Associated Bank |
| Joyce M Maldonado | Account Number/CD#: XXXXXX0213 |
| | Checking |
| Taxpayer ID No: XX-XXX3363 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/12/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/29/16 | 1 | John Maldonado | Settlement payment Installment payment from Debtor re: compromise of primary residence | 1110-000 | $3,000.00 | | $3,000.00 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,990.00 |
| 03/15/16 | 1 | John Maldonado | Settlement payment Installment payment re compromise of primary residence | 1110-000 | $1,200.00 | | $4,190.00 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,180.00 |
| 04/27/16 | 1 | JOyce Maldonado | Settlement payment Installment payment re compromise of primary residence | 1110-000 | $1,200.00 | | $5,380.00 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,370.00 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,360.00 |
| 06/08/16 | 1 | Joyce Maldonado | Settlement payment Installment payment from Debtor re compromise of primary residence | 1110-000 | $1,200.00 | | $6,560.00 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,550.00 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,540.00 |
| 09/02/16 | 1 | Joyce Maldonado | Settlement payment Installment payment re: compromise of primary residence | 1110-000 | $1,200.00 | | $7,740.00 |
| | | | Page Subtotals: | | $7,800.00 | $60.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-30573 | Trustee Name: | Joji Takada, Chapter 7 Trustee | |
| Case Name: | John R Maldonado | Bank Name: | Associated Bank | |
| | Joyce M Maldonado | Account Number/CD#: | XXXXXX0213 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX3363 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 02/12/2019 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,730.00 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.06 | $7,718.94 |
| 10/26/16 | 1 | Joyce Maldonado | Settlement payment Installment payment re compromise of primary residence | 1110-000 | $1,200.00 | | $8,918.94 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.82 | $8,907.12 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.82 | $8,894.30 |
| 12/23/16 | 1 | Joyce Maldonado | Settlement payment Installment payment re settlement of primary residence | 1110-000 | $1,200.00 | | $10,094.30 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.74 | $10,080.56 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.99 | $10,065.57 |
| 02/08/17 | 1 | Joyce Maldonado | Settlement payment Payment re settlement of primary residence | 1110-000 | $1,200.00 | | $11,265.57 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.73 | $11,250.84 |
| 03/27/17 | 1 | Joyce Maldonado | Settlement payment Final installment re settlement of equity in primary residence | 1110-000 | $600.00 | | $11,850.84 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.87 | $11,833.97 |

Page Subtotals: $4,200.00  $106.03

UST Form 101-7-TDR (10/1/2010) (Page: 13)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-30573 | Trustee Name: | Joji Takada, Chapter 7 Trustee | |
| Case Name: | John R Maldonado | Bank Name: | Associated Bank | |
| | Joyce M Maldonado | Account Number/CD#: | XXXXXX0213 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX3363 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 02/12/2019 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.03 | $11,816.94 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.57 | $11,799.37 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.98 | $11,782.39 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.52 | $11,764.87 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.49 | $11,747.38 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.90 | $11,730.48 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.44 | $11,713.04 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.85 | $11,696.19 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.39 | $11,678.80 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.36 | $11,661.44 |
| 05/07/18 | 1001 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $1,950.00 | $9,711.44 |
| 05/07/18 | 1002 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $21.13 | $9,690.31 |

| | | | | Page Subtotals: | $0.00 | $2,143.66 | |
|---|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 15-30573 | | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | John R Maldonado | | Bank Name: | Associated Bank |
| | Joyce M Maldonado | | Account Number/CD#: | XXXXXX0213 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX3363 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/12/2019 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/07/18 | 1003 | Laura Edward<br>429 Badger Lane<br>Oswego, IL  60543 | Final distribution per court order. | 3711-000 | | $200.00 | $9,490.31 |
| 05/07/18 | 1004 | Irs<br>Po Box 970024<br>Saint Louis, Mo 63197 | Final distribution per court order. | 5800-000 | | $4,106.02 | $5,384.29 |
| 05/07/18 | 1005 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution per court order. | 7100-000 | | $2,881.22 | $2,503.07 |
| 05/07/18 | 1006 | Midland Credit Management Inc As Agent For<br>Asset Acceptance Llc<br>Po Box 2036<br>Warren Mi 48090 | Final distribution per court order. | 7100-000 | | $867.09 | $1,635.98 |
| 05/07/18 | 1007 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $115.56 | $1,520.42 |
| 05/07/18 | 1008 | Oak Harbor Capital Iii, Llc<br>C O Weinstein & Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Final distribution per court order. | 7100-000 | | $1,520.42 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $12,000.00 | $12,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $12,000.00 | $12,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $12,000.00 | $12,000.00 |

Page Subtotals:     $0.00     $9,690.31

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0213 - Checking | $12,000.00 | $12,000.00 | $0.00 |
| | $12,000.00 | $12,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $12,000.00 |
| Total Gross Receipts: | $12,000.00 |

Page Subtotals:  $0.00   $0.00